UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

XINRONG ZHUANG,
    Plaintiff,

    v.                                    CIVIL ACTION NO.
                                          09-12163-NMG

R. SAQUET,
CITY OF BROCKTON and
BROCKTON HOSPITAL,
    Defendants.

**REPORT AND RECOMMENDATION RE:**
**DEFENDANT BROCKTON HOSPITAL'S MOTION TO DISMISS**
**FOR FAILURE TO COMPLY WITH COURT ORDER/FAILURE TO PROSECUTE**
**(DOCKET ENTRY # 65)**

**November 7, 2013**

**BOWLER, U.S.M.J.**

Pending before this court is a motion to dismiss filed
by defendant Brockton Hospital ("defendant"). (Docket
Entry # 65). Plaintiff Xingrong Zhuang ("plaintiff")
opposes the motion (Docket Entry # 77). Having conducted a
hearing and taken the motion (Docket Entry # 65) under
advisement, the matter is ripe for review.

BACKGROUND

Plaintiff filed a pro se complaint alleging civil
rights violations on December 21, 2009. Defendant served
plaintiff a first set of interrogatories and request for
production on November 14, 2012. (Docket Entry ## 67-3 &

Report and Recommendation accepted and
adopted. /s/NM Gorton, USDJ 12/31/13