UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

XINRONG ZHUANG

    Plaintiffs

CIVIL ACTION

V.

NO. 1:09-CV-12163-NMG

R. SAQUET
CITY OF BROCKTON
BROCKTON HOSPITAL
    Defendants

--------

THE PLAINTIFF XINRONG ZHUANG'S MOTION TO REQUEST THIS COURT RECONSIDERATION THE DECISION TO RELEASE PLAINTIFF'S TRIBUNAL BOND TO THE DEFENDANT BROCKTON HOSPITAL AND OPPOSES THE MOTION OF DEFENDANT BROCKTON HOSPITAL FOR RELEASE PLAINTIFF'S TRIBUNAL BOND TO THE DEFENDANT BROCKTON HOSPITAL AND TO REQUEST THIS COURT TO HOLD PLAINTIFF'S TRIBUNAL BOND 90 DAYS FOR APPEAL AND NEW EVIDENCE DISCOVERING. AND REQUESTS FOR HEARING

The reason of the innocent victim, the plaintiff Xinrong Zhuang's Motion to Request THIS COURT RECONSIDERATION THE DECISION TO RELEASE PLAINTIFF'S TRIBUNAL BOND TO THE DEFENDANT BROCKTON HOSPITAL AND OPPOSES THE MOTION OF DEFENDANT BROCKTON HOSPITAL FOR RELEASE PLAINTIFF'S TRIBUNAL BOND TO THE DEFENDANT BROCKTON HOSPITAL AND TO REQUEST THIS COURT TO HOLD PLAINTIFF'S TRIBUNAL BOND 90 DAYS FOR APPEAL AND NEW EVIDENCE DISCOVERING and request for hearing as follows.

*[Handwritten:]* Treated as a motion for reconsideration and motion denied. /s/ NM Gorton, USDJ 5/4/16